CLAYTON HUNTER, PLAINTIFF-PETITIONER, v. HOWARD HUNTER, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Joseph Varbalow* and *Mr. Louis B. LeDuc* for the petitioner.

*Mr. Samuel H. Richards, Mrs. Grace Heritage Smith* and *Mr. Charles F. Richman* for the respondents.

September 27, 1955.

HENRY L. KLOTZ, PLAINTIFF-RESPONDENT, v. JOHN W. BREISH, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 6.

*Mr. Edward W. Eichmann* and *Mr. William C. Gotshalk* for the petitioners.

*Messrs. Cole & Cole* and *Mr. H. Albert Hyett* for the respondents.